**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| KRISTA RAINA DANDRIDGE-BARNETT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES COPYRIGHT OFFICE,<br>LIBRARY OF CONGRESS,<br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br>OFFICE OF THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS,<br>THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS, in an official and individual capacity,<br>OFFICE OF THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br>THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, in an official and individual capacity,<br>THE LIBRARIAN OF CONGRESS, in an official and individual capacity,<br>THE REGISTER OF COPYRIGHTS, in an official and individual capacity,<br>THE ARCHIVIST OF THE UNITED STATES, in an official and individual capacity, and<br>DOES 1 THROUGH 50, inclusive, in their official and individual capacities,<br><br>Defendants. | ) | Case No. 4:26-cv-3266<br><br>**SUMMONS IN A CIVIL ACTION** |

# SUMMONS IN A CIVIL ACTION

**TO: THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, in an official and individual capacity**
**%: Office of the General Counsel**
**National Archives and Records Administration**
**8601 Adelphi Road, Room 3110**
**College Park, MD 20740-6001**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** Lindsay Ol[signature]

**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

**SUMMONS IN A CIVIL ACTION**

**TO: UNITED STATES OF AMERICA**
**%: Attorney General of the United States**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** Lindsay Ok
**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

## SUMMONS IN A CIVIL ACTION

**TO: OFFICE OF THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS**
**Re: U.S. Copyright Office Oversight and Library of Congress Oversight**
**101 Independence Avenue, SE, Room LM-630**
**Washington, DC 20540-1060**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**

**225 N Cotner Blvd # 303**

**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]

**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

**SUMMONS IN A CIVIL ACTION**

**TO: LIBRARY OF CONGRESS**
**%: Office of the General Counsel**
**James Madison Memorial Building, Room LM-601**
**101 Independence Avenue, SE**
**Washington, DC 20540-1050**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]

**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

**SUMMONS IN A CIVIL ACTION**

**TO: UNITED STATES COPYRIGHT OFFICE**
**%: Office of the General Counsel**
**P.O. Box 70400**
**Washington, DC 20024-0400**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** Lindsay Orr
**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

# SUMMONS IN A CIVIL ACTION

**TO: UNITED STATES OF AMERICA**
**%: Civil Process Clerk**
**United States Attorney's Office, District of Nebraska**
**Robert V. Denney Federal Building**
**100 Centennial Mall North, Room 487**
**Lincoln, NE 68508-3804**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** Lindsay O
**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

# SUMMONS IN A CIVIL ACTION

**TO: THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS, in an official and individual capacity**
**Re: U.S. Copyright Office Oversight and Library of Congress Oversight**
**101 Independence Avenue, SE, Room LM-630**
**Washington, DC 20540-1060**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]
**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

**SUMMONS IN A CIVIL ACTION**

**TO: THE REGISTER OF COPYRIGHTS, in an official and individual capacity**
**%: Office of the General Counsel, U.S. Copyright Office**
**P.O. Box 70400**
**Washington, DC 20024-0400**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]

**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

# SUMMONS IN A CIVIL ACTION

**TO: THE LIBRARIAN OF CONGRESS, in an official and individual capacity**
**%: Office of the General Counsel**
**Library of Congress**
**101 Independence Avenue, SE, Room LM-601**
**Washington, DC 20540-1050**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** Lindsay Orr ______________________

**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

**SUMMONS IN A CIVIL ACTION**

**TO: OFFICE OF THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**
**℅: Office of the General Counsel**
**National Archives and Records Administration**
**8601 Adelphi Road, Room 3110**
**College Park, MD 20740-6001**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]
**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

# SUMMONS IN A CIVIL ACTION

**TO: THE ARCHIVIST OF THE UNITED STATES, in an official and individual capacity**
**%: Office of the General Counsel**
**National Archives and Records Administration**
**8601 Adelphi Road, Room 3110**
**College Park, MD 20740-6001**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]
**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26

SUMMONS IN A CIVIL ACTION

**To: National Archives and Records Administration**
**%: Office of the General Counsel**
**8601 Adelphi Road, Room 3110**
**College Park, MD 20740-6001**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]

**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26