**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 SEP -3 PM 3:38

KRISTA RAINA DANDRIDGE-BARNETT,

Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES COPYRIGHT OFFICE,
LIBRARY OF CONGRESS,
NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,
OFFICE OF THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS,
THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS, in an official and individual capacity,
OFFICE OF THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,
THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, in an official and individual capacity,
THE LIBRARIAN OF CONGRESS, in an official and individual capacity,
THE REGISTER OF COPYRIGHTS, in an official and individual capacity,
THE ARCHIVIST OF THE UNITED STATES, in an official and individual capacity, and
DOES 1 THROUGH 50, inclusive, in their official and individual capacities,

Defendants.

Case No. 4:26-cv-3266

**PROOF OF SERVICE**
**(PURSUANT TO FRCP RULE 4)**

**THIS PLEADING HAS BEEN PREPARED WITH GENERATIVE AI ASSISTANCE (GEMINI/GOOGLE)**

**PROOF OF SERVICE**

I, Pamela Gladie, declare under penalty of perjury under the laws of the United States of America that:

1. I am over the age of eighteen (18) years and I am not a party to the above-captioned civil action.

2. On September 2, 2026, I served a copy of the ***Summons*** and the ***COMPLAINT FOR JUDICIAL REVIEW, DECLARATORY JUDGMENT, AND WRIT OF MANDAMUS,*** along with the accompanying ***EXHIBITS*** (A, B, C, D, E), upon the Defendants designated below by personal hand-delivery or by United States Postal Service (USPS) Certified Mail, Return Receipt Requested, addressed as follows pursuant to Fed. R. Civ. P. 4(i):

A. **UNITED STATES OF AMERICA**
%: Civil Process Clerk
United States Attorney's Office, District of Nebraska
Robert V. Denney Federal Building
100 Centennial Mall North, Room 487
Lincoln, NE 68508-3804
METHOD OF SERVICE: **HAND DELIVERED BY PAMELA GLADIE ON SEPTEMBER 2, 2026.**

B. **UNITED STATES OF AMERICA**
%: Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Certified Mail Tracking No.: **9589071052703961087957**

C. **UNITED STATES COPYRIGHT OFFICE**
%: OFFICE OF THE GENERAL COUNSEL
P.O. Box 70400
Washington, D.C. 20024-0400
Certified Mail Tracking No.: **9589071052703961087964**

**THE REGISTER OF COPYRIGHTS,** in an official and individual capacity
%: Office of the General Counsel, U.S. Copyright Office
P.O. Box 70400
Washington, DC 20024-0400
Certified Mail Tracking No.: **9589071052703961088008**

D. **LIBRARY OF CONGRESS**
%: Office of the General Counsel
James Madison Memorial Building, Room LM-601
101 Independence Avenue, SE
Washington, DC 20540-1050
Certified Mail Tracking No.: **9589071052703961087971**

**THE LIBRARIAN OF CONGRESS**, in an official and individual capacity
%: Office of the General Counsel
Library of Congress
101 Independence Avenue, SE, Room LM-601
Washington, DC 20540-1050
Certified Mail Tracking No.: **9589071052703961088053**

E. **OFFICE OF THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS**
Re: U.S. Copyright Office Oversight and Library of Congress Oversight
101 Independence Avenue, SE, Room LM-630
Washington, DC 20540-1060
Certified Mail Tracking No.: **9589071052703961088060**

**THE INSPECTOR GENERAL FOR THE LIBRARY OF CONGRESS**, in an official and individual capacity
Re: U.S. Copyright Office Oversight and Library of Congress Oversight
101 Independence Avenue, SE, Room LM-630
Washington, DC 20540-1060
Certified Mail Tracking No.: **9589071052703961087995**

F. **National Archives and Records Administration**
%: Office of the General Counsel
8601 Adelphi Road, Room 3110
College Park, MD 20740-6001
Certified Mail Tracking No.: **9589071052703961088022**

**THE ARCHIVIST OF THE UNITED STATES**, in an official and individual capacity
%: Office of the General Counsel
National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD 20740-6001
Certified Mail Tracking No.: **9589071052703961088046**

G. **OFFICE OF THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**
%: Office of the General Counsel
National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD 20740-6001
Certified Mail Tracking No.: **9589071052703961088015**

**THE INSPECTOR GENERAL FOR THE NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**, in an official and individual capacity
%: Office of the General Counsel
National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD 20740-6001
Certified Mail Tracking No.: **9589071052703961087940**

3. To complete proper service upon all named parties, each defendant — including the United States Attorney's Office for the District of Nebraska, the Attorney General of the United States, and all named agency and officer defendants — was served with their own respective original summons bearing the live signature of the Clerk or Deputy Clerk of Court. Additionally, to satisfy the statutory requirements for service upon the United States regarding claims against federal entities and officials, complete service packets were delivered to the United States in Nebraska and Washington, D.C.

Specifically, on September 2, 2026, I hand-delivered a complete service packet to the Civil Process Clerk at the United States Attorney's Office for the District of Nebraska containing the Complaint, Exhibits, its own original live-signed summons, and true black-and-white copies of the summonses issued for all co-defendants. Simultaneously, on September 2, 2026, an identical complete service packet — containing the Complaint, Exhibits, its own original live-signed summons, and true black-and-white copies of all co-defendants' summonses — was sent via USPS Certified Mail (Tracking No. 9589071052703961087957) to the Attorney General of the United States in Washington, D.C., fully satisfying the multi-prong requirements of Fed. R. Civ. P. 4(i)(1) and 4(i)(2).

4. Attached hereto are true and correct copies of the official USPS tracking history reports and receipts confirming delivery (or delivery attempts) to the above-listed addresses.

Executed on this 3 day of September, 2026, at Lincoln, Nebraska.

Pamela Gladie
225 N Cotner Blvd # 303, Lincoln, NE, 68505

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

College Park, MD 20740

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| $ | $4.65 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $12.90 |
| Total Postage and Fees | $ $23.10 |

Postmark Here: 0505 99 — LINCOLN NE SALTWAY STATION SPS — SEP 2 — 09/02/2026

Sent To: OIG FOR NARA c/o: OFFICE OF GENERAL COUNSEL

Street and Apt. No., or PO Box No.: 8601 Adelphi Road, Room 3110

City, State, ZIP+4®: College Park, MD 20740-6001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0880 15

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

College Park, MD 20740

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| $ | $4.65 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $12.90 |
| Total Postage and Fees | $ $23.10 |

Postmark Here: 0505 99 — SALTWAY STATION SPS — SEP 2 — 09/02/2026

Sent To: THE INSPECTOR GENERAL FOR NARA

Street and Apt. No., or PO Box No.: 8601 Adelphi Road Rm 3110

City, State, ZIP+4®: College Park, MD 20740-6001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0879 40

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20024

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| $ | $4.65 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $12.90 |
| Total Postage and Fees | $ $23.10 |

Postmark Here: 0505 99 — LINCOLN NE SALTWAY STATION SPS — SEP 2 — 09/02/2026

Sent To: THE REGISTER OF COPYRIGHTS

Street and Apt. No., or PO Box No.: P.O. BOX 70400

City, State, ZIP+4®: WASHINGTON DC 20024-0400

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0880 08

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

College Park, MD 20740

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| $ | $4.65 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $12.90 |
| Total Postage and Fees | $ $23.10 |

Postmark Here: 0505 99 — LINCOLN NE SALTWAY SPS — SEP 2 — 09/02/2026

Sent To: THE ARCHIVIST OF THE UNITED STATES

Street and Apt. No., or PO Box No.: 8601 Adelphi Road, Room 3110

City, State, ZIP+4®: College PARK, MD 20740-6001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0880 46

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20540

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| $ | $4.65 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $12.90 |
| Total Postage and Fees | $ $23.10 |

Postmark Here: 0505 99 — SALTWAY STATION SPS — SEP 2 — 09/02/2026

Sent To: THE INSPECTOR GENERAL FOR LOC

Street and Apt. No., or PO Box No.: 101 INDEPENDENCE AVENUE, SE ROOM LM-630

City, State, ZIP+4®: WASHINGTON, D.C. 20540-1060

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0879 95

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

College Park, MD 20740

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.55 |
| $ | $4.65 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ $12.90 |
| Total Postage and Fees | $ $23.10 |

Postmark Here: 0505 99 — LINCOLN NE SALTWAY SPS — SEP 2 — 09/02/2026

Sent To: NATIONAL ARCHIVES AND RECORDS ADMIN.

Street and Apt. No., or PO Box No.: 8601 Adelphi Rd. Room 3110

City, State, ZIP+4®: College Park, MD 20740-6001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0880 22

9589 0710 5270 3961 0879 64

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20024

OFFICIAL USE

Certified Mail Fee $5.55

$4.65

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

0505
99

Postmark Here

SEP 2

09/02/2026

Postage $12.90

Total Postage and Fees $23.10

Sent To U.S. Copyright OFFice %: OFFICE OF General Counsel

Street and Apt. No., or PO Box No. P.O. Box 70400

City, State, ZIP+4® WAShingTON, DC 20024-0400

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0879 57

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $5.55

$4.65

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

0505
99

Postmark Here

SEP 2

09/02/2026

Postage $12.90

Total Postage and Fees $23.10

Sent To UNITED STATES OF AMERICA c/o ATTORNEY GENERAL

Street and Apt. No., or PO Box No. 950 PENNSYLVANIA AVE, NW

City, State, ZIP+4® WASHINGTON, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0880 53

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20540

OFFICIAL USE

Certified Mail Fee $5.55

$4.65

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

0505
99

Postmark Here

SEP 2

09/02/2026

Postage $12.90

Total Postage and Fees $23.10

Sent To THE Librarian of Congress

Street and Apt. No., or PO Box No. 101 INDEPENDENCE AVE, SE, Room LM-601

City, State, ZIP+4® WASHINGTON, D.C. 20540-1050

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0879 71

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20540

OFFICIAL USE

Certified Mail Fee $5.55

$4.65

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

0505
99

Postmark Here

SEP 2

09/02/2026

Postage $12.90

Total Postage and Fees $23.10

Sent To Library of Congress c/o: OFFICE OF THE GENERAL COUNSEL

Street and Apt. No., or PO Box No. 101 INDEPENDENCE AVENUE, SE

City, State, ZIP+4® WASHINGTON, D.C. 20540-1050

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3961 0880 60

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20540

OFFICIAL USE

Certified Mail Fee $5.55

$4.65

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

0505
99

Postmark Here

SEP 2

09/02/2026

Postage $12.90

Total Postage and Fees $23.10

Sent To OFFICE OF THE INSPECTOR GENERAL FOR LoC

Street and Apt. No., or PO Box No. 101 INDEPENDENCE AVE, SE, Room LM-630

City, State, ZIP+4® WASHINGTON, D.C. 20540-1060

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

CD

RECEIVED
SEP 0 2 2026
US ATTORNEY
LINCOLN, NE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

KRISTA RAINA DANDRIDGE-BARNETT, )
)
Plaintiff, )
) Case No. 4:26-cv-3266
v. )
)
UNITED STATES OF AMERICA, )
UNITED STATES COPYRIGHT OFFICE, ) **SUMMONS IN A CIVIL ACTION**
LIBRARY OF CONGRESS, )
NATIONAL ARCHIVES AND RECORDS )
ADMINISTRATION, )
OFFICE OF THE INSPECTOR GENERAL )
FOR THE LIBRARY OF CONGRESS, )
THE INSPECTOR GENERAL FOR THE )
LIBRARY OF CONGRESS, )
in an official and individual )
capacity, )
OFFICE OF THE INSPECTOR GENERAL )
FOR THE NATIONAL ARCHIVES AND )
RECORDS ADMINISTRATION, )
THE INSPECTOR GENERAL FOR THE )
NATIONAL ARCHIVES AND RECORDS )
ADMINISTRATION, )
in an official and individual )
capacity, )
THE LIBRARIAN OF CONGRESS, )
in an official and individual )
capacity, )
THE REGISTER OF COPYRIGHTS, )
in an official and individual )
capacity, )
THE ARCHIVIST OF THE UNITED STATES,)
in an official and individual )
capacity, and )
DOES 1 THROUGH 50, inclusive, )
in their official and individual )
capacities, )
)
Defendants. )

---

SUMMONS IN A CIVIL ACTION

**TO: UNITED STATES OF AMERICA**
**%: Civil Process Clerk**
**United States Attorney's Office, District of Nebraska**
**Robert V. Denney Federal Building**
**100 Centennial Mall North, Room 487**
**Lincoln, NE 68508-3804**

**A lawsuit has been filed against you.**

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States, a federal agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Krista Raina Dandridge-Barnett (Plaintiff, Pro Se)**
**225 N Cotner Blvd # 303**
**Lincoln, NE 68505**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT:** [signature]
**(Signature of Clerk or Deputy Clerk)**

**DATE:** 8-31-26